IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE ALLSTATE INSURANCE ) | |
| COMPANY UNDERWRITING AND ) | |
| RATING PRACTICES LITIGATION ) | MDL Docket No. 3:02-md-1457 |
| ) | Judge Trauger |
| ) | |
| THIS PLEADING REFERS TO: ) | |
| *Moss v. Allstate* 3:05-0867 ) | |

## O R D E R

The court is in receipt of a fax, with an accompanying "Motion For Permission to File Notice," sent by plaintiff's counsel, Curtis Hitt, on October 7, 2009. It is hereby **ORDERED** that the Clerk shall file the fax with attachments as part of the record in this case. The Clerk is further directed to furnish to counsel for all parties a copy of the fax, its attachments, and this Order.

The motion is **GRANTED**. Pursuant to the Notice hereby filed, it is hereby **ORDERED** that this member case is **DISMISSED**. All member cases now having been disposed of, the Clerk shall close this MDL file.

It is so **ORDERED.**

Enter this 7th day of October 2009.

_____
ALETA A. TRAUGER
United States District Judge